UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
CREDIT SUISSE SECURITIES (USA) LLC,

                      Petitioner,

    -against-

GUY S. WALTMAN,

                      Respondent.
------------------------------------------------------- x





RECEIVED MAY 19 2006 U.S.D.C. S.D. N.Y. CASHIERS

### PETITIONER CREDIT SUISSE SECURITIES (USA) LLC DISCLOSURES PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Credit Suisse Securities (USA) LLC discloses as follows:

Credit Suisse Securities (USA) LLC is a subsidiary of Credit Suisse Group. No publicly held corporation other than Credit Suisse Group owns 10% or more of the stock of Credit Suisse Securities (USA) LLC.

Dated: New York, New York
        May 19, 2006

                                            QUINN EMANUEL URQUHART
                                            OLIVER & HEDGES, LLP

                                            By _/s/ Alexander Barnard_
                                            Kevin S. Reed (KR-5386)
                                            Alexander C.B. Barnard (AB-3181)
                                            William B. Adams (WA-0621)

                                              51 Madison Avenue, 22nd Floor
                                              New York, NY 10010
                                              (212) 849-7000
                                              *Attorneys for Petitioner Credit*
                                              *Suisse Securities (USA) LLC*