JUDGE COTE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**06 CV 3841**

------------------------------------------------------- x
:
CREDIT SUISSE SECURITIES (USA) LLC,   :      No. 06 Civ. _____
                          Petitioner, :
                                      :
         -against-                    :      **ORDER TO SHOW CAUSE**
                                      :
                                      :      ┌─────────────────────────────┐
GUY S. WALTMAN,                       :      │ USDC SDNY                   │
                                      :      │ DOCUMENT                    │
                          Respondent. :      │ ELECTRONICALLY FILED        │
                                      :      │ DOC #: _____              │
                                      :      │ DATE FILED: 5/19/06         │
------------------------------------------------------- x  └─────────────────────────────┘

Upon the annexed declaration of William B. Adams and the accompanying Petition, together with all exhibits and attachments thereto, it is hereby:

ORDERED, that the above named Respondent, Guy S. Waltman ("Respondent"), show cause before this Court, in Courtroom 11B of the United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on May 22, 2006, at noon o'clock in the ~~___.m.~~ thereof, or as soon thereafter as counsel may be heard, why a preliminary injunction should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Respondent as follows:

(a) from employment with any entity other than Credit Suisse until his resignation becomes effective on August 17, 2006;

(b) from directly or indirectly soliciting (i) any customer or client of Credit Suisse to transfer its business from Credit Suisse to any other person or entity or (ii) any employee of Credit Suisse or consultant or independent contractor at Credit Suisse to leave the employ or service of Credit Suisse to join or work at another entity, until October 16, 2006; and in addition

(c) compelling Respondent and all those acting in concert with him to return immediately to Credit Suisse all of Credit Suisse's confidential information and trade secrets, including, but not limited to, information regarding Credit Suisse customers, accounts, and market research that Respondent unlawfully took from Credit Suisse

It is FURTHER ORDERED that pending the hearing of Petitioner's application for a preliminary injunction, and to prevent immediate and irreparable injury, loss and damage to Petitioner as alleged in the accompanying declarations and memorandum of law, that Respondent, including all persons and entities acting in concert with him, is hereby TEMPORARILY RESTRAINED as follows:

(a) from employment with any entity other than Credit Suisse until his resignation becomes effective on August 17, 2006 (during which time Petitioner shall continue Respondent on its payroll);

(b) from directly or indirectly soliciting (i) any customer or client of Credit Suisse to transfer its business from Credit Suisse to any other person or entity or (ii) any employee of Credit Suisse or consultant or independent contractor at Credit Suisse to leave the employ or service of Credit Suisse to join or work at another entity, until October 16 2006; and in addition

(c) compelling Respondent and all those acting in concert with him to return immediately to Credit Suisse all of Credit Suisse's confidential information and trade secrets, including, but not limited to, information regarding Credit Suisse's customers, accounts, and market research that Respondent unlawfully took from Credit Suisse.

It is FURTHER ORDERED that security in the amount of $_____ shall be posted by the Petitioner prior to _____, 2006 at _____ o'clock in the __.m. thereof.

It is FURTHER ORDERED that service of this Order to Show Cause, together with the papers on which it was granted, shall be deemed good and sufficient service if made by personal delivery or facsimile on Respondent or his counsel on or before _5p_ .m. on May _20_ 2006.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May _17_, 2006

2