# EXHIBIT A

**For: WALTMAN, GUY**

From:

01-JAN-2005

| Report Name | Rpt # | Cost Center | Division | Rpt Date | Expense Type | Expense Category |
|---|---|---|---|---|---|---|
| Blackberry - October 2004 | 621239 | AK43 | PCS | 12/29/2004 | Other | Blackberry & Pagers |
| Boston Nov. 2004 | 621234 | AK43 | PCS | 12/29/2004 | Accommodation | Business Travel/Drinks Employees Only |
| Boston Nov 2004 | 621234 | AK43 | PCS | 12/29/2004 | Accommodation | Business Travel* Room & Taxes |
| Boston Nov. 2004 | 621234 | AK43 | PCS | 12/29/2004 | Airfare | Business Travel |
| Boston Nov 2004 | 621234 | AK43 | PCS | 12/29/2004 | Meals & Events | Business Meals - Employees |
| Boston Nov. 2004 | 621234 | AK43 | PCS | 12/29/2004 | Meals & Events | Employee Entertaining |
| Boston Nov 2004 | 621234 | AK43 | PCS | 12/29/2004 | Other | Gratuities |
| Boston Nov. 2004 | 621234 | AK43 | PCS | 12/29/2004 | Other | Telephone - Business Calls |
| Boston Nov 2004 | 621234 | AK43 | PCS | 12/29/2004 | Transportation | Taxi For Business Purpose |
| Boston Nov 2004 | 621234 | AK43 | PCS | 12/29/2004 | Transportation | Taxi For Business Purpose |
| Cab fares | 621240 | AK43 | PCS | 12/29/2004 | Transportation | Taxi - Client Entertainment |
| Client Entertainment - Oct 04 | 621315 | AK43 | PCS | 12/29/2004 | Meals & Events | Client Entertaining |
| Client Entertainment - Oct 04 | 621315 | AK43 | PCS | 12/29/2004 | Meals & Events | Client Entertaining |
| Client Entertainment - Oct 04 | 621315 | AK43 | PCS | 12/29/2004 | Meals & Events | Client Entertaining |
| | 621313 | AK43 | PCS | 12/29/2004 | Accommodation | |
| | 621313 | AK43 | PCS | | | Business Travel* Room & Taxes |

| Description | Number | Code | Type | Date | Category | Subcategory |
|---|---|---|---|---|---|---|
| Client Entertaining - Dec 04 | 623790 | AK43 | PCS | 01/06/2005 | Meals & Events | Business Meals - Employees |
| Client Entertaining - Dec 04 | 623790 | AK43 | PCS | 01/06/2005 | Meals & Events | Business Meals - Employees |
| Client Entertaining - Dec 04 | 623790 | AK43 | PCS | 01/06/2005 | Meals & Events | Client Entertaining |
| Client Entertaining - Dec 04 | 623790 | AK43 | PCS | 01/06/2005 | Meals & Events | Client Entertaining |
| Client Entertaining - Dec 04 | 623790 | AK43 | PCS | 01/06/2005 | Meals & Events | Client Entertaining |
| Client Entertainment - Nov 04 | 623786 | AK43 | PCS | 01/06/2005 | Meals & Events | Client Entertaining |
| Client Entertainment - Nov 04 | 623786 | AK43 | PCS | 01/06/2005 | Meals & Events | Client Entertaining |
| Client/Prospect Entertaining | 623855 | AK43 | PCS | 01/06/2005 | Meals & Events | Client Entertaining |
| Blackberry - December 2004 | 625181 | AK43 | PCS | 01/10/2005 | Other | Blackberry & Pagers |
| Supplies | 638613 | AK43 | PCS | 02/07/2005 | Other | Stationery & Office Supplies |
| Blackberry - January 2005 | 638614 | AK43 | PCS | 02/07/2005 | Meals & Events | Client Entertaining |
| | 642580 | AK43 | PCS | 02/14/2005 | Other | Blackberry & Pagers |
| | 642576 | AK43 | PCS | 02/14/2005 | Accommodation | Seminars/Mini Bar |
| | 642576 | AK43 | PCS | 02/14/2005 | Accommodation | Seminars/Other Hotel Expense |
| | 642576 | AK43 | PCS | 02/14/2005 | Accommodation | Seminars* Room & Taxes |
| | 642576 | AK43 | PCS | 02/14/2005 | Airfare | Seminars |
| | 642576 | AK43 | PCS | 02/14/2005 | Meals & Events | Client Entertaining |
| | 642576 | AK43 | PCS | 02/14/2005 | Meals & Events | Client Entertaining |
| | 642576 | AK43 | PCS | 02/14/2005 | Meals & Events | Travel Related Meals - Employees |
| | 642576 | AK43 | PCS | 02/14/2005 | Other | Gratuities |

| External | Training | | | | | |
|---|---|---|---|---|---|---|
| Car Hire - Rental and Fuel | Transportation | 02/14/2005 | PCS | AK43 | 642576 | |
| Taxi For Business Purpose | Transportation | 02/14/2005 | PCS | AK43 | 642576 | |
| Taxi For Business Purpose | Transportation | 02/14/2005 | PCS | AK43 | 642576 | |
| Stationery & Office Supplies | Other | 02/14/2005 | PCS | AK43 | 642691 | office supplies - returned item |
| Online Information | Other | 02/14/2005 | PCS | AK43 | 642692 | Online AUS subscription |
| Blackberry & Pagers | Other | 03/14/2005 | PCS | AK43 | 656984 | Blackberry February 2005 |
| Business Travel/Meals Employees Only | Accommodation | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Business Travel/Mini Bar | Accommodation | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Business Travel/Other Hotel Expense | Accommodation | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Business Travel* Room & Taxes | Accommodation | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Business Travel Telephone & Fax | Accommodation | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Business Meals - Employees | Meals & Events | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Business Meals - Employees | Meals & Events | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Client Entertaining | Meals & Events | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Client Entertaining | Meals & Events | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Client Entertaining | Meals & Events | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Client Entertaining | Meals & Events | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Gratuities | Other | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |
| Miscellaneous | Other | 03/14/2005 | PCS | AK43 | 657064 | Florida March 2005 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Florida March 2005 | 657064 | AK43 | PCS | 03/14/2005 | Transportation | Car Hire - Rental and Fuel |
| Florida March 2005 | 657064 | AK43 | PCS | 03/14/2005 | Transportation | Taxi For Business Purpose |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Accommodation | Business Travel\Meals Employees Only |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Accommodation | Business Travel\Mini Bar |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Accommodation | Business Travel\Other Hotel Expense |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Accommodation | Business Travel" Room & Taxes |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Accommodation | Business Travel"Telephone & Fax |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Airfare | Business Travel |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Business Mileage - Private Car | |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Meals & Events | Business Meals - Employees |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Meals & Events | Client Entertaining |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Meals & Events | Client Entertaining |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Other | Gratuities |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Transportation | Car Hire - Rental and Fuel |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/14/2005 | Transportation | Parking & Tolls |
| Michigan February 2005 | 656986 | AK43 | PCS | 03/15/2005 | Transportation | Taxi - Client Entertainment |
| Cab Fares | 657646 | AK43 | PCS | 03/15/2005 | Meals & Events | Client Entertaining |
| Client/Prospect Entertaining | 657649 | AK43 | PCS | 03/15/2005 | Meals & Events | Client Entertaining |
| Client/Prospect Entertaining | 657649 | AK43 | PCS | 03/15/2005 | Meals & Events | Client Entertaining |
| Client/Prospect Entertaining | 657649 | AK43 | | | Meals & Events | Client Entertaining |

| Description | Number | Code | Type | Date | Category | Detail |
|---|---|---|---|---|---|---|
| Client/Prospect Entertaining | 657649 | AK43 | PCS | 03/15/2005 | Meals & Events | Client Entertaining |
| Client/Prospect Entertaining | 657649 | AK43 | PCS | 03/15/2005 | Meals & Events | Client Entertaining |
| Client/Prospect Entertaining | 657649 | AK43 | PCS | 03/15/2005 | Meals & Events | Client Entertaining |
| Blackberry April 2005 | 680057 | AK43 | PCS | 04/29/2005 | Other | Gifts To Clients |
| Boston May 11-12, 2005 | 687656 | AK43 | PCS | 05/16/2005 | Other | Blackberry & Pagers |
| Boston May 11-12, 2005 | 687658 | AK43 | PCS | 05/16/2005 | Accommodation | Business Travel/Meals Employees Only |
| Boston May 11-12, 2005 | 687658 | AK43 | PCS | 05/16/2005 | Accommodation | Business Travel/Mini Bar |
| Boston May 11-12, 2005 | 687658 | AK43 | PCS | 05/16/2005 | Accommodation | Business Travel" Room & Taxes |
| Boston May 11-12, 2005 | 687658 | AK43 | PCS | 05/16/2005 | Airfare | Business Travel |
| Boston May 11-12, 2005 | 687658 | AK43 | PCS | 05/16/2005 | Meals & Events | Client Entertaining |
| Boston May 11-12, 2005 | 687658 | AK43 | PCS | 05/16/2005 | Meals & Events | Travel Related Meals - Employees |
| Boston May 11-12, 2005 | 687658 | AK43 | PCS | 05/16/2005 | Other | Gratuities |
| Boston May 11-12, 2005 | 687658 | AK43 | PCS | 05/16/2005 | Other | Telephone - Business Calls |
| Boston May 11-12, 2005 | 687658 | AK43 | PCS | 05/16/2005 | Transportation | Taxi For Business Purpose |
| Boston May 11-12, 2005 | 687658 | AK43 | PCS | 05/16/2005 | Transportation | Taxi For Business Purpose |
| Blackberry May 2005 | 710218 | AN76 | PCS | 06/28/2005 | Other | Blackberry & Pagers |
| Boston May 11+12 | 710212 | AN76 | PCS | 06/28/2005 | Transportation | Taxi For Business Purpose |
| Cab Fares | 710215 | AN76 | PCS | 06/28/2005 | Transportation | Taxi - Client Entertainment |
| Client/Prospect Entertaining | 710220 | AN76 | PCS | 06/28/2005 | Meals & Events | Business Meals - Employees |
| Client/Prospect Entertaining | 710220 | AN76 | PCS | 06/28/2005 | Meals & Events | Business Meals - Employees |

| | | | | | | |
|---|---|---|---|---|---|---|
| Business Meals - Employees | Meals & Events | 06/28/2005 | PCS | AN76 | 710220 | Client/Prospect Entertaining |
| Client Entertaining | Meals & Events | 06/28/2005 | PCS | AN76 | 710220 | Client/Prospect Entertaining |
| Client Entertaining | Meals & Events | 06/28/2005 | PCS | AN76 | 710220 | Client/Prospect Entertaining |
| Client Entertaining | Meals & Events | 06/28/2005 | PCS | AN76 | 710220 | Client/Prospect Entertaining |
| Client Entertaining | Meals & Events | 06/28/2005 | PCS | AN76 | 710220 | Client/Prospect Entertaining |
| Client Entertaining | Meals & Events | 06/28/2005 | PCS | AN76 | 710220 | Client/Prospect Entertaining |
| Client Entertaining | Meals & Events | 06/28/2005 | PCS | AN76 | 710220 | Client/Prospect Entertaining |
| Client Entertaining | Meals & Events | 06/28/2005 | PCS | AN76 | 710220 | Client/Prospect Entertaining |
| Blackberry & Pagers | Other | 07/06/2005 | PCS | AN76 | 715131 | Blackberry June 2005 |
| Client Entertaining | Meals & Events | 07/06/2005 | PCS | AN76 | 715133 | |
| Business Travel* Room & Taxes | Accommodation | 07/19/2005 | PCS | AN76 | 720445 | |
| Client Entertaining | Meals & Events | 07/19/2005 | PCS | AN76 | 720445 | |
| Client Entertaining | Meals & Events | 07/19/2005 | PCS | AN76 | 720449 | |
| Business Travel/Meals Employees Only | Accommodation | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Business Travel/Meals Employees Only | Accommodation | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Business Travel/Mini Bar | Accommodation | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Business Travel/Other Hotel Expense | Accommodation | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Business Travel* Room & Taxes | Accommodation | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Business Travel* Room & Taxes | Accommodation | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Business Travel | Airfare | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |

| Description | Category | Date | | | Number | Memo |
|---|---|---|---|---|---|---|
| Business Travel | Airfare | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Business Meals - Employees | Meals & Events | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Business Meals - Employees | Meals & Events | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Client Entertaining | Meals & Events | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Client Entertaining | Meals & Events | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Gratuities | Other | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Car Hire - Rental and Fuel | Transportation | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Parking & Tolls | Transportation | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Taxi - Client Entertainment | Transportation | 07/25/2005 | PCS | AN76 | 723322 | OH and MI July 2005 |
| Client Entertaining | Meals & Events | 08/05/2005 | PCS | AN76 | 729256 | |
| Client Entertaining | Meals & Events | 08/05/2005 | PCS | AN76 | 729257 | |
| Blackberry & Pagers | Other | 08/09/2005 | PCS | AN76 | 731014 | Blackberry July 2005 |
| Taxi For Business Purpose | Transportation | 08/17/2005 | PCS | AN76 | 734961 | Cab Fares - Outside Meetings |
| Client Entertaining | Meals & Events | 08/17/2005 | PCS | AN76 | 734963 | Client/Prospect Entertaining |
| Client Entertaining | Meals & Events | 08/17/2005 | PCS | AN76 | 734963 | Client/Prospect Entertaining |
| Client Entertaining | Meals & Events | 08/17/2005 | PCS | AN76 | 734963 | Client/Prospect Entertaining |
| Client Entertaining | Meals & Events | 08/17/2005 | PCS | AN76 | 734963 | Client/Prospect Entertaining |
| Employee Entertaining | Meals & Events | 08/17/2005 | PCS | AN76 | 734963 | Client/Prospect Entertaining |
| Employee Entertaining | Meals & Events | 08/17/2005 | PCS | AN76 | 734963 | Client/Prospect Entertaining |
| Taxi - Client Entertainment | Transportation | 08/17/2005 | PCS | AN76 | 734963 | Client/Prospect Entertaining |

| Description | Number | | | Date | Category | Business Purpose |
|---|---|---|---|---|---|---|
| Client/Prospect Entertaining | 734963 | AN76 | PCS | 08/17/2005 | Transportation | Taxi For Business Purpose |
| | 741100 | AN76 | PCS | 08/31/2005 | Meals & Events | Client Entertaining |
| | 752092 | AN76 | PCS | 09/22/2005 | Accommodation | Business Travel* Room & Taxes |
| | 752092 | AN76 | PCS | 09/22/2005 | Meals & Events | Client Entertaining |
| Business calls | 762068 | AN76 | PCS | 10/11/2005 | Other | Telephone - Business Calls |
| Blackberry October 2005 | 766782 | AN76 | PCS | 11/22/2005 | Other | Blackberry & Pagers |
| Boston November 2005 | 801203 | AN76 | PCS | 12/10/2005 | Accommodation | Business Travel* Room & Taxes |
| Boston November 2005 | 801203 | AN76 | PCS | 12/19/2005 | Airfare | Business Travel |
| Boston November 2005 | 801203 | AN76 | PCS | 12/19/2005 | Meals & Events | Business Meals - Employees |
| Boston November 2005 | 801203 | AN76 | PCS | 12/19/2005 | Meals & Events | Business Meals - Employees |
| Boston November 2005 | 801203 | AN76 | PCS | 12/19/2005 | Meals & Events | Travel Related Meals - Employees |
| Boston November 2005 | 801203 | AN76 | PCS | 12/19/2005 | Other | Gratuities |
| Boston November 2005 | 801203 | AN76 | PCS | 12/19/2005 | Other | Telephone - Business Calls |
| Boston November 2005 | 801203 | AN76 | PCS | 12/19/2005 | Transportation | Taxi - Client Entertainment |
| Boston November 2005 | 801203 | AN76 | PCS | 12/19/2005 | Transportation | Taxi For Business Purpose |
| | 801289 | AN76 | PCS | 12/19/2005 | Accommodation | Business Travel* Room & Taxes |
| | 801289 | AN76 | PCS | 12/19/2005 | Meals & Events | Client Entertaining |
| | 801289 | AN76 | PCS | 12/19/2005 | Other | Gratuities |
| Washington DC od Trip Dec 05 | 801341 | AN76 | PCS | 12/19/2005 | Transportation | Train, Ferry, Bus, Tram Fares & |
| Blackberry November 2005 | 805706 | AN76 | PCS | 12/29/2005 | Other | Blackberry & Pagers |

| Description | Code | | | Date | Category | Purpose |
|---|---|---|---|---|---|---|
| ABA Membership | 809151 | PCS | AN76 | 01/09/2006 | Other | Membership - Professional Bodies |
| Client / Prospect Entertaining | 809153 | PCS | AN76 | 01/09/2006 | Meals & Events | Client Entertaining |
| Client / Prospect Entertaining | 809153 | PCS | AN76 | 01/09/2006 | Meals & Events | Client Entertaining |
| Client / Prospect Entertaining | 809153 | PCS | AN76 | 01/09/2006 | Meals & Events | Client Entertaining |
| Client / Prospect Entertaining | 809153 | PCS | AN76 | 01/09/2006 | Meals & Events | Client Entertaining |
| Client / Prospect Entertaining | 809153 | PCS | AN76 | 01/09/2006 | Meals & Events | Client Entertaining |
| Client / Prospect Entertaining | 809153 | PCS | AN76 | 01/09/2006 | Meals & Events | Client Entertaining |
| Client / Prospect Entertaining | 809153 | PCS | AN76 | 01/09/2006 | Meals & Events | Employee Entertaining |
| Client / Prospect Entertaining | 809153 | PCS | AN76 | 01/09/2006 | Meals & Events | Employee Entertaining |
| Blackberry December 2005. | 820353 | PCS | AN76 | 01/31/2006 | Other | Blackberry & Pagers |
| | 820356 | PCS | AN76 | 01/31/2006 | Accommodation | Business Travel/Meals Employees Only |
| | 820356 | PCS | AN76 | 01/31/2006 | Accommodation | Business Travel/Other Hotel Expense |
| | 820356 | PCS | AN76 | 01/31/2006 | Accommodation | Business Travel* Room & Taxes |
| | 820356 | PCS | AN76 | 01/31/2006 | Airfare | Business Travel |
| | 820356 | PCS | AN76 | 01/31/2006 | Meals & Events | Business Meals - Employees |
| | 820356 | PCS | AN76 | 01/31/2006 | Meals & Events | Business Meals - Employees |
| | 820356 | PCS | AN76 | 01/31/2006 | Meals & Events | Client Entertaining |
| Gratuities | 820356 | PCS | AN76 | 01/31/2006 | Other | Gratuities |
| Car Hire - Rental and Fuel | 820356 | PCS | AN76 | 01/31/2006 | Transportation | Car Hire - Rental and Fuel |
| Taxi For Business Purpose | 820356 | PCS | AN76 | 01/31/2006 | Transportation | Taxi For Business Purpose |

| Description | Category | Date | | | Number | Detail |
|---|---|---|---|---|---|---|
| Blackberry & Pagers | Other | 02/15/2006 | PCS | AN76 | 828854 | Blackberry January 2006 |
| Blackberry & Pagers | Other | 03/16/2006 | PCS | AN76 | 844372 | Blackberry February 2006 |
| Client Entertaining | Meals & Events | 03/16/2006 | PCS | AN76 | 844381 | |
| Business Travel/Meals Employees Only | Accommodation | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Business Travel/Other Hotel Expense | Accommodation | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Business Travel/Other Hotel Expense | Accommodation | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Business Travel* Room & Taxes | Accommodation | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Business Travel | Airfare | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Client Entertaining | Meals & Events | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Client Entertaining | Meals & Events | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Client Entertaining | Meals & Events | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Travel Related Meals - Employees | Meals & Events | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Gratuities | Other | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Telephone - Business Calls | Other | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Car Hire - Rental and Fuel | Transportation | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Taxi For Business Purpose | Transportation | 03/16/2006 | PCS | AN76 | 844412 | Michigan Jan 2006 |
| Taxi For Business Purpose | Transportation | 03/16/2006 | PCS | AN76 | 843377 | WASHINGTON DC Feb 28, 2006 |
| Train, Ferry, Bus, Tram Fares & | Transportation | 03/16/2006 | PCS | AN76 | 843377 | WASHINGTON DC Feb 28, 2006 |
| Client Entertaining | Meals & Events | 03/21/2006 | PCS | AN76 | 846605 | DC February 28, 2006 |
| Business Travel/Meals Employees Only | Accommodation | 03/21/2006 | PCS | AN76 | 846608 | Washington, DC January 23-24, 2006 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Washington, DC January 23-24, 2006 | 846808 | AN76 | PCS | 03/21/2006 | Accommodation | Business Travel Mini Bar |
| Washington, DC January 23-24, 2006 | 846808 | AN76 | PCS | 03/21/2006 | Accommodation | Business Travel* Room & Taxes |
| Washington, DC January 23-24, 2006 | 846608 | AN76 | PCS | 03/21/2006 | Accommodation | Business Travel Telephone & Fax |
| Washington, DC January 23-24, 2006 | 846608 | AN76 | PCS | 03/21/2006 | Meals & Events | Client Entertaining |
| Washington, DC January 23-24, 2006 | 846608 | AN76 | PCS | 03/21/2006 | Transportation | Train, Ferry, Bus, Tram Fares & |

Individual Expense Report

To:                                   15-may-2006

| Client | Project | Event | Vendor | Amount | CCY |
|--------|---------|-------|--------|--------|-----|
| | | | | 88.95 | USD |
| | | | RITZ-CARLTON HTL CO L L C | 9.60 | USD |
| | | | RITZ-CARLTON HTL CO L L C | 236.15 | USD |
| | | | US AIRWAYS | 261.69 | USD |
| | | | | 44.38 | USD |
| | | | PIGALLE LLC | 397.80 | USD |
| | | | | 12.00 | USD |
| | | | | 74.69 | USD |
| | | | A-1 LIMO INC | 230.68 | USD |
| | | | | 66.00 | USD |
| | | | | 231.05 | USD |
| | | | BELL RESTAURANTEURS LTD | 210.46 | USD |
| | | | JJJ & R CORP | 331.21 | USD |
| | | | RATS RESTAURANT | 278.73 | USD |
| | | | Moselem Springs Golf Club | 640.04 | USD |
| | | | Moselem Springs Golf Club | 1,505.32 | USD |

| Merchant | Amount | Currency |
|---|---|---|
| JJJ & R CORP | 153.61 | USD |
| L F N RSTR INC | 427.00 | USD |
| JJJ & R CORP | 506.58 | USD |
| STYLE CLUB MANAGEMENT INC | 113.50 | USD |
| TSE YANG CORP | 121.84 | USD |
| BEPPE TRATTORIA | 237.70 | USD |
| HERBERT STREET LLC | 661.05 | USD |
| Doylestown Country Club | 569.28 | USD |
|  | 86.95 | USD |
| DIRECTLY YOURS INC | 110.00 | USD |
| ZMS RESTAURANTS LLC | 182.62 | USD |
|  | 87.08 | USD |
| · | 779.11 | USD |
|  | 122.60 | USD |
| RENAISSANCE 9673H EDENROC | 1,170.66 | USD |
| US AIRWAYS | 276.70 | USD |
| JOES STONE CRAB RSTR | 369.90 | USD |
| THE ALEXANDER HOTEL | 217.10 | USD |
| Ft Lauderdale Int'l Airport | 15.90 | USD |
|  | 26.00 | USD |

| | Amount | Currency |
|---|---|---|
| UNIVERSITY OF MIAMI | 825.00 | USD |
| HERTZ CORPORATION | 218.48 | USD |
| A-1 LIMO INC | 258.28 | USD |
| | 77.28 | USD |
| DIRECTLY YOURS INC | 6.99 | USD |
| ADVANCED PLANNING PRESS L | 365.00 | USD |
| | 57.08 | USD |
| Four Season's Hotel Palm Beach | 165.72 | USD |
| Four Season's Hotel Palm Beach | 71.89 | USD |
| Four Season's Hotel Palm Beach | 84.00 | USD |
| Four Season's Hotel Palm Beach | 2,065.32 | USD |
| Four Season's Hotel Palm Beach | 413.90 | USD |
| Fort Myers Airport | 29.74 | USD |
| Philadelphia Airport | 26.96 | USD |
| Campiello | 286.46 | USD |
| Charlie's Crab Palm Beach | 487.51 | USD |
| Four Season's Hotel Palm Beach | 1,099.52 | USD |
| LaPlaya Beach & Golf Resort | 475.15 | USD |
| | 38.00 | USD |
| Four Season's Hotel Palm Beach | 0.00 | USD |

| | Amount | Currency |
|---|---|---|
| | 372.44 | USD |
| A-1 LIMO INC | 243.08 | USD |
| | 51.42 | USD |
| THC INVESTORS LTD | 22.26 | USD |
| | 20.00 | USD |
| THC INVESTORS LTD | 330.69 | USD |
| | 86.68 | USD |
| Northwest Airlines | 898.65 | USD |
| | 28.29 | USD |
| Detroit Metro Airport | 21.74 | USD |
| TWO TWENTY | 22.02 | USD |
| UNIQUE RESTAURANT CORP | 181.98 | USD |
| | 14.00 | USD |
| HERTZ CORPORATION | 78.42 | USD |
| | 38.00 | USD |
| | 171.40 | USD |
| Bobby Van's Steakhouse | 253.33 | USD |
| HERBERT STREET LLC | 480.84 | USD |
| JJJ & R CORP | 546.77 | USD |
| L' ANTICO INC | 185.88 | USD |

| | | |
|---|---|---|
| STYLE CLUB MANAGEMENT INC | 83.00 | USD |
| The Ganut | 93.75 | USD |
| Wolfgangs Steak House | 180.28 | USD |
| | 100.00 | USD |
| | 87.60 | USD |
| | 41.55 | USD |
| | 3.68 | USD |
| Four Seasons Hotel | 247.39 | USD |
| Continental Airlines | 359.90 | USD |
| | 490.70 | USD |
| Newark Airport | 3.87 | USD |
| | 10.00 | USD |
| | 141.19 | USD |
| A-1 LIMO INC | 298.08 | USD |
| | 35.95 | USD |
| | 87.60 | USD |
| | 63.50 | USD |
| | 316.79 | USD |
| Bobby Van's Steakhouse | 225.80 | USD |
| JJJ & R CORP | 375.06 | USD |

| Name | Currency | Amount |
|---|---|---|
| L F N RSTR INC | USD | 119.40 |
| BELL RESTAURANTEURS LTD | USD | 169.47 |
| Bouley Bakery | USD | 399.45 |
| DOMANI STAR | USD | 175.75 |
| HERBERT STREET LLC | USD | 343.31 |
| JJJ & R CORP | USD | 1,129.20 |
| RATS RESTAURANT | USD | 425.88 |
| TSE YANG CORP | USD | 115.32 |
|  | USD | 66.76 |
| JJJ & R CORP | USD | 178.42 |
|  | USD | 480.00 |
|  | USD | 1,075.46 |
|  | USD | 316.38 |
| THC INVESTORS LTD | USD | 15.72 |
|  | USD | 55.65 |
| THC INVESTORS LTD | USD | 5.30 |
|  | USD | 20.00 |
| DOUBLETREE DTWC CORP | USD | 171.36 |
| THC INVESTORS LTD | USD | 355.88 |
| Continental Airlines | USD | 308.10 |

| Description | Currency | Amount |
|---|---|---|
| Northwest Airlines | USD | 483.77 |
| Detroit Metro Airport | USD | 20.25 |
| | USD | 17.78 |
| BIG ROCK CHOP & BREW HSE | USD | 54.21 |
| UNIQUE RESTAURANT CORP | USD | 275.55 |
| | USD | 12.00 |
| HERTZ CORPORATION | USD | 286.01 |
| | USD | 3.35 |
| A-1 LIMO INC | USD | 306.27 |
| Prime Rib - Washington DC | USD | 559.43 |
| Maraina Brown's | USD | 613.79 |
| | USD | 86.93 |
| | USD | 59.00 |
| BELL RESTAURANTEURS LTD | USD | 160.69 |
| JJJ & R CORP | USD | 1,269.58 |
| L F N RSTR INC | USD | 210.00 |
| TSE YANG CORP | USD | 109.58 |
| JJJ & R CORP | USD | 175.34 |
| L F N RSTR INC | USD | 526.00 |
| | USD | 7.00 |

| Amount | Currency | Vendor |
|---|---|---|
| 46.00 | USD | |
| 346.50 | USD | |
| 320.02 | USD | |
| 1,006.60 | USD | |
| 760.75 | USD | |
| 248.82 | USD | |
| 807.24 | USD | RITZ CARLTON BOSTON COM |
| 361.40 | USD | Continental Airlines |
| 145.81 | USD | TEATRO INC |
| 47.38 | USD | |
| 49.54 | USD | |
| 10.00 | USD | |
| 24.39 | USD | |
| 88.50 | USD | |
| 314.74 | USD | A-1 LIMO INC |
| 640.04 | USD | |
| 1,803.75 | USD | |
| 120.00 | USD | |
| 20.80 | USD | NATIONAL RR PSGR CORP |
| 85.89 | USD | |

| Amount | Currency | Vendor |
| --- | --- | --- |
| 350.00 | USD | |
| 144.15 | USD | BLUE SMOKE, LLC |
| 361.85 | USD | GFB RESTAURANT CORP |
| 256.90 | USD | HERBERT STREET LLC |
| 1,069.52 | USD | JJJ & R CORP |
| 397.19 | USD | THE OLD STONE CHURCH INC |
| 140.40 | USD | TSE YANG CORP |
| 250.00 | USD | A AND M ACQUISITIONS |
| 225.52 | USD | JJJ & R CORP |
| 85.89 | USD | |
| 121.54 | USD | |
| 94.16 | USD | |
| 1,170.68 | USD | RENAISSANCE 9673H EDENROC |
| 617.10 | USD | Continental Airlines |
| 10.89 | USD | Newark Airport |
| 75.95 | USD | |
| 487.84 | USD | |
| 14.00 | USD | |
| 228.75 | USD | HERTZ CORPORATION |
| 310.13 | USD | A-1 Limosine |

| | | | | |
|---|---|---|---|---|
| C9999 | PBUSA002 | | 85.93 | USD |
| C9999 | PBUSA002 | | 85.93 | USD |
| C9999 | PBUSA010 | Doylestown Country Club | 317.67 | USD |
| C9999 | PBUSA010 | THC INVESTORS LTD | 108.96 | USD |
| C9999 | PBUSA010 | THC INVESTORS LTD | 40.00 | USD |
| | PBUSA011 | THC INVESTORS LTD | 0.00 | USD |
| C9999 | PBUSA010 | THC INVESTORS LTD | 762.12 | USD |
| C9999 | PBUSA010 | Northwest Airlines | 976.02 | USD |
| C9999 | PBUSA010 | CITY CELLAR WINE BAR | 172.17 | USD |
| C9999 | PBUSA010 | MATT PRENTICE RSTRNT GRP | 160.31 | USD |
| C9999 | PBUSA010 | THC INVESTORS LTD | 128.12 | USD |
| C9999 | PBUSA010 | Detroit Metro Airport | 15.31 | USD |
| C9999 | PBUSA010 | | 14.00 | USD |
| C9999 | PBUSA010 | THC INVESTORS LTD | 11.67 | USD |
| C9999 | PBUSA010 | HERTZ CORPORATION | 141.04 | USD |
| C9999 | PBUSA010 | A-1 LIMO INC | 308.66 | USD |
| C9999 | PBUSA009 | | 13.00 | USD |
| C9999 | PBUSA009 | NATIONAL RR PSGR CORP | 236.00 | USD |
| C9999 | PBUSA009 | THE PRIME RIB INC | 181.97 | USD |
| C9999 | PBUSA011 | | 70.16 | USD |

| C9999 | PBUSA011 | Ritz-Carlton Hotel | 4.95 | USD |
|---|---|---|---|---|
| C9999 | PBUSA011 | Ritz-Carlton Hotel | 274.80 | USD |
| C9999 | PBUSA011 | | 66.23 | USD |
| C9999 | PBUSA009 | THE PRIME RIB INC | 326.98 | USD |
| C9999 | PBUSA009 | NATIONAL RR PSGR CORP | 169.00 | USD |
| | | | 54,522.96 | |