# EXHIBIT C

# The 2005 Annual Certification - English

| | |
|---|---|
| **Catalog ID:** | CSF906-d50en |
| **Name:** | Guy S. Waltman |
| **User ID:** | 76KK |
| **Submission Date:** | Oct 14, 2005 06:42 Pacific Time |



CREDIT SUISSE

---

The certification's start page, introduction, and questions appear below, along with the answers provided by **Guy S. Waltman.** These items are presented as they appeared at the time the certification was submitted.

---

The Certification requires you, among other things, to acknowledge that you have read and understand the Global Business Conduct Manual and the Firm's employment-related rules and policies applicable to your location, and to agree to conduct yourself and your business accordingly. The various manuals, policies, programs and other documents referenced in this Certification form can be accessed by clicking the appropriate links. **Click "Get Started" to complete the one-page certification form.**

---

**Please read and certify to each of the three items below.** You must personally complete the Certification form. No one may authorize another person to complete the form on his or her behalf, and no one may complete the form on behalf of someone else. Then click the "Submit" button.

**1.** I have read the Firm's Global Business Conduct Manual and applicable compliance manuals and policies, and I agree to abide by them as well as any applicable regulatory standards (for the manuals and related documents that apply see the <u>Code of Conduct InfoCenter</u>). In particular, I have read and agree to abide by the Firm's policies and procedures on confidential and/or inside information and information barriers, and I am aware of the duties governing receipt of confidential and inside information and of the sanctions resulting from the misuse or improper distribution of such information.

☑ I certify.

**2.** Nothing has come to my attention during the certification period that leads me to believe that any of my activities, or the activities of any other CSFB employee, violated Firm policies or any applicable legal, regulatory or ethical standards. This certification does not include any issues that I know have already been brought to the attention of my supervisor and/or LCD. I agree to promptly report to my supervisor or LCD (or, when appropriate, the Integrity Hotline) any conduct of which I become aware that may violate Firm policies or legal, regulatory or ethical standards.

☑ I certify.

**3.** I have read the Firm's employment-related rules and policies applicable to my location and I understand and agree to abide by them. These include, without limitation, all rules and policies relating to equal employment opportunity and prohibiting discriminatory practices, and the provisions of any applicable employment dispute resolution program and/or rules relating to notice of resignation and non-solicitation (see <u>CSFB's Human Resources policies and handbooks</u>).

☑ I certify.

---

<u>LRN Privacy Statement</u>            Copyright © 1999-2006 by LRN, The Legal Knowledge Company. All rights reserved.

Confidential and Proprietary        LRN Certification ID: 3254, LRN Completion ID: 295809, printed on: Apr 27, 2006 14:28 Pacific Time



| ID | Name | | Location | Corp. Title | Bus2 | Business | EX# CB MC | Bus# | Bus Speed Dial |
|----|------|---|----------|-------------|------|----------|-----------|------|----------------|
| 78KK | Waltman,Guy S | x | US | MDR | PCS | PCS | | 1 212 638 2033 | *106 2033 |