# EXHIBIT D

File  Edit  View  Insert  Format  Tools  Actions  Form  Layout  Help

Message | Certification

CREDIT SUISSE FIRST BOSTON

# MESSAGE FROM BRADY DOUGAN

To: All US Managing Directors

Date: February 21, 2005

## Update to Notice Requirement and Non-Solicit Provisions for MDs

Further to the announcement on December 23, 2004, we would like to provide you with additional details on the change in the existing Notice Requirement and Prohibition on Solicitation of Customers and Clients and Employees After Leaving for MDs.

Following a review of standard market practice among our competitors, CSFB decided to update these policies for MDs. The full text of these revised policies is set out on the tab of this Certification email. You are expected to certify that you have reviewed and acknowledged these policies by **March 15th**.

**A summary of the details follows:**

*   MDs will be required to provide the Company with 90 days' written notice of their resignation from the Company.
*   MDs will be prohibited from soliciting employees, consultants or independent contractors, as well as customers or clients, of CSFB and its parents and affiliates for 80 days after termination of employment.
*   These provisions will apply unless a longer period is required by applicable contract, agreement, policy, law or regulation.
*   Finally, awards received under the Credit Suisse Group Master Share Plan may contain separate obligations for MDs.

Once you have reviewed these provisions, you are required to certify that you are familiar with them, that you understand them and that you agree to comply fully with them and to promote compliance with them among your colleagues and those you supervise. You do this by clicking the button at the bottom of the form. You must do this by March 15th. This will act as your signature and will also reflect your understanding of these new policies and agreement to be bound by them.

There will be a follow-up procedure to ensure that Human Resources receives all certifications, and senior management will be notified of the names of those MDs who fail to respond. Please read these new requirements and submit your agreement as soon as possible and no later than **March 15th**.

Brady Dougan

## NOTICE REQUIREMENT FOR MANAGING DIRECTORS AS OF JANUARY 1, 2005

## PROHIBITION ON SOLICITATION OF CUSTOMERS AND CLIENTS AND EMPLOYEES AFTER LEAVING

## FOR MANAGING DIRECTORS AS OF JANUARY 1, 2005

I AGREE