# EXHIBIT E

...

# EXHIBIT E



LIGHTFOOT FARM

May 19, 2006

Matt W. Gorman
Credit Suisse Worldwide
11 Madison Avenue
New York, NY 10010

Dear Matt:

I hereby resign from Credit Suisse effective immediately. While I would not expect my resignation to cause any controversy, if you wish to discuss it, please contact my attorney, John Cahill, at Friedman Kaplan Seiler & Adelman LLP. Mr. Cahill's phone number is 212-833-1112, and the firm's offices are located at 1633 Broadway, New York, New York 10019. Please give Mr. Cahill notice if you intend to initiate any action.

Sincerely yours,

Guy S. Waltman

Guy S. Waltman

---

Guy & Carole Waltman
71 Covered Bridge Road
New Hope, Pennsylvania 18938

Telephone: 215-598-3440
Fax: 215-598-8948
Email: gwaltman2@comcast.net