# EXHIBIT F

Christina Rice
1786 Jennings Road
Fairfield, CT 06824

May 19, 2006

Barbara Ridge
Credit Suisse Securities (USA) LLC
11 Madison Avenue
New York, NY 10010

Dear Barbara,

    I hereby resign from Credit Suisse effective immediately. While I would not expect my resignation to cause any controversy, if you wish to discuss it, please contact my attorney, John Cahill, at Friedman Kaplan Seiler & Adelman LLP. Mr. Cahill's phone number is 212-833-1112 and the firm's offices are located at 1633 Broadway, New York, NY 10019. Please give Mr. Cahill notice if you intend to initiate any action.

Sincerely yours,

*Christina Rice*