# EXHIBIT G

**CREDIT SUISSE**

CREDIT SUISSE SECURITIES (USA) LLC
One Madison Avenue
New York, NY 10010-3629
Phone    1 212 325 2000
www.credit-suisse.com

May 19, 2006

**VIA FEDERAL EXPRESS**

Guy Waltman
71 Covered Bridge Road
New Hope, PA 18938

Dear Guy:

We understand that you gave notice of your resignation of employment with Credit Suisse Securities (USA) LLC ("Credit Suisse" or the "Company") today, May 19, 2006 (the "Resignation Notice Date"). We write to remind you that in connection with your employment with Credit Suisse, you entered into certain restrictive covenants.

According to the terms of the Credit Suisse U.S. Employees' Handbook and the Credit Suisse Group Master Share Plan amended with effect as of January 1, 2005, you must give at least ninety (90) days written notice of your resignation of employment. Therefore, your Termination Date will be August 17, 2006. Until the Termination Date, you will remain an employee of the Company and, if you are a registered individual, you will remain registered as such with all relevant regulatory bodies. You may not work or perform services for any other employer between the Resignation Notice Date and the Termination Date. You will continue to owe a duty of loyalty and other fiduciary duties to the Company until the date of your termination. You will, however, not be required to report to your office on the Company's premises.

In addition, for sixty (60) days following the Termination Date (regardless of the reason for termination), you are prohibited from:

- directly or indirectly soliciting, inducing or encouraging any employee of Credit Suisse and its parents and affiliates (the "Group"), or any consultant or independent contractor providing services to the Group, to leave the Group or to join or perform services for any other company, or

- directly or indirectly soliciting, inducing or encouraging any entity or person who is a customer or client of the Group to cease to engage the services of the Group in order to use the services of any entity or person that competes directly with a material business of the Group, where the identity of such customer or client, or the customer or client's need or desire for or receptiveness to services of a type offered by the Group, is known by the employee as a result of his or her employment with the Group.

Thus, the date through which you must refrain from solicitation as set out above is October 16, 2006.

**CREDIT SUISSE**

We also wish to remind you of your continuing obligation not to disclose or cause to be disclosed, directly or indirectly, or use in any way, at any time after the conclusion of your employment with Credit Suisse, any confidential or proprietary information, including but not limited to analytical models, confidential customer or employee information. You also may have additional contractual obligations to Credit Suisse.

We demand that you abide by the terms of the agreements by which you are bound. If you have any questions, you may reach me at (212) 538-2794.

Very truly yours,

Lori J. Pennay
Vice President & Counsel

cc: Kevin Hornish
    Matt Gorman