# EXHIBIT H

Alexander Barnard

From: Alexander Barnard
Sent: Sunday, May 21, 2006 5:26 PM
To: 'Cahill, John'
Subject: Credit Suisse v. Waltman

Mr. Cahill:

As you know, we understand that your client, Guy Waltman, is in possession of significant confidential and trade secret information belonging to Credit Suisse Securities (USA) LLC ("Credit Suisse"). Such information includes, but is not limited to, client contact information, account information, and proprietary business models and plans. In addition, it has come to our attention that your client has also retained physical possession of the blackberry device through which he conducted business as a Credit Suisse employee. We demand that you immediately return any information belonging to Credit Suisse and submit to us the blackberry device as well for review by Credit Suisse, so that we may ensure that all proprietary information belonging to Credit Suisse is removed. We believe that certain information on the blackberry device is the property of Credit Suisse. Such information includes Credit Suisse's confidential and trade secret information. Any attempt to access the information on the blackberry device is unauthorized and constitutes a further violation of Credit Suisse's legal rights.

Be advised that Credit Suisse has implemented a remote password change on Mr. Waltman's blackberry device, in an effort to protect its proprietary, confidential and trade secret information. We believe that if Mr. Waltman attempts to enter the wrong password (after the change goes into effect) a certain number of times, it will result in complete erasure of all information on the blackberry. Such erasure would constitute spoliation of evidence by Mr. Waltman, which may have significant consequences in the context of the present litigation between Credit Suisse and Mr. Waltman. Accordingly, he should be instructed immediately not to attempt to access the blackberry for this additional reason as well.

If you have any questions, I am reachable at the number below.

Yours very truly,
Alexander C.B. Barnard

Alexander C.B. Barnard
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Direct: (212) 849-7176
Main Phone: (212) 849-7000
Main Fax: (212) 849-7100
E-mail: alexanderbarnard@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have

5/21/2006

received this communication in error, please notify us immediately by e-mail, and delete the original message.

5/21/2006

## Alexander Barnard

**From:** Cahill, John [jcahill@fklaw.com]
**Sent:** Sunday, May 21, 2006 6:23 PM
**To:** Alexander Barnard
**Subject:** RE: Credit Suisse v. Waltman
**Importance:** High

Mr. Barnard:

When we first examined the pleadings that were signed and submitted to the Court, we thought it possible that the inaccurate allegations set forth therein were based on the haste with which CSFB proceeded to Court without first calling us as Mr. Waltman invited CSFB to do--not that haste can justify the absence of evidentiary support or the harassment that the pending lawsuit constitutes. We now have little reason to believe that even recklessness can fully account for your client's actions.

If, before tomorrow's court appearance, you wish us to do anything to respond to your demand below, we must insist that you immediately and specifically identify (e.g., by describing the document's date, creator, recipients, content and what makes it a confidential trade secret) the "significant confidential and trade secret information belonging to Credit Suisse Securities (USA) LLC ("Credit Suisse")" that you say is in Mr. Waltman's possession and on his Blackberry. We have made detailed inquiries and are aware of no such information. If you cannot promptly identify such information, I trust that you know what your obligations are under the applicable rules and will act immediately to prevent further damage to Mr. Waltman. If you can provide the evidentiary support for the allegations in the court papers and set forth below concerning "trade secrets"--which should surely have been done before the filing of papers in Court--we will address any issues as promptly as we can given the short time that you have given us to respond to the proceeding that you brought in Court and at JAMS.

As for Mr. Waltman's Blackberry--and it is his personal property because CSFB refused to supply him with one--we reject categorically your client's continuing efforts to stage wrongdoing by Mr. Waltman. As far as I know, he has not attempted to access his CSFB email account since resigning or use his Blackberry but, if he had, and evidence was lost, that would be due to your client's inaction, not to Mr. Waltman's actions.

We reserve all of Mr. Waltman's rights and remedies.

Very truly yours,

John R. Cahill

John R. Cahill | Friedman Kaplan Seiler & Adelman LLP 1633 Broadway, New York, NY 10019-6708 | Ph=212-833-1112 Fx=212-373-7912 | jcahill@fklaw.com | www.fklaw.com

Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message, your reply, and any attachments. Thank you in advance for your cooperation and assistance.

-----Original Message-----
**From:** Alexander Barnard [mailto:alexanderbarnard@quinnemanuel.com]
**Sent:** Sunday, May 21, 2006 5:26 PM
**To:** Cahill, John

5/22/2006

**Subject:** Credit Suisse v. Waltman

Mr. Cahill:

As you know, we understand that your client, Guy Waltman, is in possession of significant confidential and trade secret information belonging to Credit Suisse Securities (USA) LLC ("Credit Suisse"). Such information includes, but is not limited to, client contact information, account information, and proprietary business models and plans. In addition, it has come to our attention that your client has also retained physical possession of the blackberry device through which he conducted business as a Credit Suisse employee. We demand that you immediately return any information belonging to Credit Suisse and submit to us the blackberry device as well for review by Credit Suisse, so that we may ensure that all proprietary information belonging to Credit Suisse is removed. We believe that certain information on the blackberry device is the property of Credit Suisse. Such information includes Credit Suisse's confidential and trade secret information. Any attempt to access the information on the blackberry device is unauthorized and constitutes a further violation of Credit Suisse's legal rights.

Be advised that Credit Suisse has implemented a remote password change on Mr. Waltman's blackberry device, in an effort to protect its proprietary, confidential and trade secret information. We believe that if Mr. Waltman attempts to enter the wrong password (after the change goes into effect) a certain number of times, it will result in complete erasure of all information on the blackberry. Such erasure would constitute spoliation of evidence by Mr. Waltman, which may have significant consequences in the context of the present litigation between Credit Suisse and Mr. Waltman. Accordingly, he should be instructed immediately not to attempt to access the blackberry for this additional reason as well.

If you have any questions, I am reachable at the number below.

Yours very truly,
Alexander C.B. Barnard

Alexander C.B. Barnard
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Direct: (212) 849-7176
Main Phone: (212) 849-7000
Main Fax: (212) 849-7100
E-mail: alexanderbarnard@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

5/22/2006