# EXHIBIT I



**Louis G. Poulin**
Managing Director
Branch Manager
Advisory & Brokerage Services

UBS Financial Services Inc.
200 Park Avenue, 30th floor
New York, NY 10166
Tel. 212-309-3100; Fax 212-309-3080
Toll Free 800-682-7275 Ext. 3100
louis.poulin@ubs.com

UBS Financial Services Inc. is a subsidiary of UBS AG.

www.ubs.com

Thursday am
9:15 → ~~9:30~~ 10h00 AM
212-309-3100
Conference call.