# EXHIBIT K

**CREDIT SUISSE SECURITIES (USA) LLC**
**EMPLOYMENT DISPUTE RESOLUTION PROGRAM**

**Request for Mediation**

CASE CAPTION: Credit Suisse Securities (USA) LLC vs. Guy S. Waltman

**PLAINTIFF/CLAIMANT:** Credit Suisse Securities (USA) LLC

Representative/Attorney: Alexander C.B. Barnard, Esq.
(Law Firm) Quinn Emanuel Urquhart Oliver & Hedges, LLP
(Address) 51 Madison Avenue, 22nd Floor
(City) New York (State) New York (Zip) 10010
(Telephone) (212) 849-7000 (Fax) (212) 849-7100 (E-Mail) alexanderbarnard@quinnemanuel.com

**DEFENDANT/RESPONDENT:** Guy S. Waltman

Address: 71 Covered Bridge Road
New Hope, PA 18938

Fax: (215) 598-8948

1. Credit Suisse Securities (USA) LLC ("Credit Suisse") believes that it has an Employment Related Claim, as that term is defined in the Credit Suisse Securities (USA) LLC Dispute Resolution Program (the "Program"), against employee Guy S. Waltman.

2. The following is a description of the Employment Related Claim Credit Suisse believes it has against Guy S. Waltman:

   Credit Suisse claims that Guy S. Waltman violated contractual obligations and fiduciary duties in connection with his resignation from Credit Suisse and subsequent conduct.

3. The relief Credit Suisse is seeking is as follows: A mediation by a neutral third party experienced in resolving disputes involving employment issues.

4. By sending a copy of this Request Form to Guy S. Waltman and to JAMS/Endispute (Att'n Nildania Perez, Field Supervisor, 45 Broadway, 28th Floor, New York NY 10006; Tel.: 212-751-2700; Fax: 212-751-4099), Credit Suisse is requesting that its claim against Guy S. Waltman be mediated in accordance with the procedures described in the Program.

5. Credit Suisse's check in the amount of $150 accompanies the copy of this Request Form Credit Suisse is sending to JAMS/Endispute. This amount represents the filing fee payable by Credit Suisse in respect of the mediation it is requesting.

6. The entire mediation process will be confidential. No offers, settlement proposals and confidential statements to the mediator, whether oral or written, made during the mediation by Guy S. Waltman, his representative (if applicable), the Credit Suisse representatives or

the mediator (or the mediator's agents, employees, experts and attorneys) will or may be disclosed to third parties or used in arbitration. However, information that would otherwise be usable in an arbitration will remain usable in the arbitration, even if that information has been discussed or shared in the mediation.

_____  
(Sign Name)

William B. Adams  
(Print Name)

May 19, 2006  
Date of Request

Associate  
Title

(212) 849-7000  
Telephone Number

2