ORIGINAL (or 5)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CREDIT SUISSE SECURITIES (USA) LLC,

                      Petitioner,

        - against -

GUY S. WALTMAN,

                      Respondent.

------------------------------------------------------------x

No. 06 CV 3841 (DLC)

**ORDER TO SHOW CAUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5/26/06

Upon the annexed Declaration of John R. Cahill, the accompanying Memorandum of Law, and the Declaration of Guy S. Waltman, together with all the exhibits and attachments thereto, it is hereby:

ORDERED, that Credit Suisse Securities (USA) LLC ("Credit Suisse") show cause before this Court, in Courtroom _____ of the United States Courthouse, 500 Pearl Street, New York, New York on _____, 2006 at _____ o'clock in the __.m. thereof, or as soon thereafter as counsel may be heard, why an order should not be issued:

    (a)    denying Credit Suisse's petition for injunctive relief against Guy S. Waltman ("Waltman"); and

    (b)    compelling Credit Suisse to submit to arbitration before the NASD of any and all claims it has against Waltman arising out of Waltman's employment with Credit Suisse.

408470.1

It is FURTHER ORDERED that service of this Order to Show Cause, along with the accompanying supporting papers on which the Order was granted, shall be deemed good and sufficient service if made by personal delivery or facsimile on Credit Suisse or its counsel on or before _____.m. on May ___, 2006.

              SO ORDERED

              _____
              UNITED STATES DISTRICT JUDGE

Dated: New York, New York
    May ___, 2006

408470.1