UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
CREDIT SUISSE SECURITIES (USA) LLC,       :
                                          :
                    Plaintiff,            :     06 CIV. 3841 (DLC)
                                          :
       -v-                                :     ORDER
                                          :
GUY S. WALTMAN,                           :
                                          :
                    Defendant.            :
                                          :
---------------------------------------- X

DENISE COTE, District Judge:

   Having ordered the parties to arbitrate this dispute before the NASD, it is hereby

   ORDERED that this action is stayed pending arbitration and transferred to this Court's suspense docket.

   IT IS FURTHER ORDERED that plaintiff shall submit a status letter by September 1, 2006.

SO ORDERED:

Dated:   New York, New York
         May 30, 2006

                                    _____
                                             DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/06