Cases.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
CITY NATIONAL BANK OF FLORIDA,

          Plaintiff,

-against-

MORGAN STANLEY DW, INC.,

          Defendant/Third
          Party Plaintiff,

-against-

CASE INVESTMENTS, LLC and DAVID S. SOLOMON,

          Third Party Defendants.
--------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/06

Case No. 05 CV 2739 (DLC)

STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE AND
WITHOUT COSTS OF
MAIN ACTION ONLY

    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff City National Bank of Florida and defendant Morgan Stanley DW, Inc. ("Morgan Stanley"), that these parties hereby voluntarily dismiss the main action with prejudice, and without costs, pursuant to Fed. R. Civ. P. 41(a) (1), having reached a settlement of disputes between them. Nothing herein shall or is intended to dismiss or otherwise affect Morgan Stanley's third-party action and claims against third party defendants Case Investments, LLC and David S. Solomon, such action and all such claims shall survive the filing of this Stipulation.

Dated: August 3∫ 2006

ROTTENBERG, LIPMAN, RICH, P.C.

By: _____
    Mark M. Rottenberg (MR-6491)
    369 Lexington Avenue, 15th Floor
    New York, New York 10017
    Telephone: (212) 661-3080
    Attorneys for Plaintiff City
    National Bank of Florida

BRESSLER, AMERY & ROSS, P.C.

By: _____
    Matthew C. Plant, Esq. (MP-0328)
    17 State Street
    New York, New York 10004
    Telephone: (212) 425-9300
    Attorneys for Defendant and Third
    Party Plaintiff Morgan Stanley DW,
    Inc.

SO ORDERED:

_____
U.S.D.J.

September 5, 2006