**MEMO ENDORSED**

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100



WRITER'S DIRECT DIAL NO.
(212) 849-7176

WRITER'S INTERNET ADDRESS
alexanderbarnard@quinnemanuel.com

March 1, 2007



**VIA HAND DELIVERY**

Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007-1312

Re:   Credit Suisse Securities (USA) LLC v. Waltman, No. 06 Civ. 3841

Your Honor:

We write pursuant to the Court's September 5, 2006 order, directing us, as counsel for plaintiff Credit Suisse Securities (USA) LLC, to provide a status letter by today. At present, the parties continue to be involved in an arbitration before the NASD. The arbitration process is not complete, however, and we respectfully request that the Court keep this matter open pending its resolution.

Respectfully submitted,

*Alexander C.B. Barnard* (signature)

Alexander C.B. Barnard

cc:   John R. Cahill, Esq. (by facsimile)

*Status letter due September 15, 2007*

*[signature] Denise Cote*
*March 2, 2007*

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-601-5000 FAX 650-801-5100
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336