UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

CREDIT SUISSE SECURITIES (USA) LLC,

        Petitioner,

   v.

GUY S. WALTMAN,

        Respondent.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #:
DATE FILED: 5/2/07

Index No. 06-cv-3841 (DLC)

**WITHDRAWAL OF COUNSEL AND NOTICE OF SUBSTITUTED COUNSEL**

PLEASE TAKE NOTICE in the above entitled case that Petitioner Credit Suisse Securities (USA) LLC hereby substitutes Lori J. Pennay, whose address is One Madison Avenue, New York, New York 10010, as its attorney in this action in place of Quinn Emanuel Urquhart Oliver & Hedges, LLP.

Please note Lori J. Pennay's email address on the Court records as follows:

lori.pennay@credit-suisse.com.

DATED: New York, New York
         April 26, 2007

QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP

By: _____
Kevin S. Reed (KR-5386)
Alexander C.B. Barnard (AB-3181)
William B. Adams (WA-0621)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
*Outgoing Attorneys for Petitioner*

CREDIT SUISSE SECURITIES
   (USA) LLC

By: _____
Lori J. Pennay (LP-8856)
One Madison Avenue
New York, NY 10010
Telephone: (212) 538-2794
Facsimile: (212) 322-0285
*Incoming Attorney for Petitioner*

**SO ORDERED:**

_____
U.S.D.J.
May 2, 2007

60833/2107911.1