UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
                                                           :
CREDIT SUISSE SECURITIES (USA) LLC,                        :   No. 06 Civ. 3841 (DLC)
                                                           :
                    Petitioner,                            :
                                                           :   **STIPULATION AND ORDER**
         -against-                                         :
                                                           :
GUY S. WALTMAN,                                            :
                                                           :
                    Respondent.                            :
                                                           :
---------------------------------------------------------- x

WHEREAS, the parties desire to fully and finally resolve this matter;

IT IS HEREBY STIPULATED and AGREED by and between the parties hereto, through their respective undersigned counsel, and ORDERED that this action is hereby dismissed with prejudice and without costs to any party.

Dated: New York, New York
       September 17, 2007

FRIEDMAN KAPLAN                                CREDIT SUISSE SECURITIES (USA) LLC
  SEILER & ADELMAN LLP

By: _____                  By: _____
Paul J. Fishman (PF-9359)                      Alexander C.B. Barnard (AB-3181)
Lance J. Gotko (LG-5443)                       Lori J. Pennay (LP-8856)

1633 Broadway                                  One Madison Ave., 9th Floor
New York, New York 10019                       New York, New York 10010

Attorneys for Guy S. Waltman                   Attorneys for Credit Suisse Securities (USA) LLC

SO ORDERED.

_____
Honorable Denise L. Cote
United States District Judge
Sept. 21, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07
```

60919/1983256.1